IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LANDON BLAIR,** § § **Plaintiff,** § § vs. § § **JAMES JACKSON, M.D.; ONYX INTERESTS,** § **LLC d/b/a EMERGICARE; PATRICK** § **ACOSTA; CLEAR LAKE MRI CENTER;** § **CHCA CLEAR LAKE, LP d/b/a CLEAR LAKE** § **REGIONAL MEDICAL CENTER, VIRTUAL** § **RADIOLOGIC CORPORATION; VIRTUAL** § **RADIOLOGIC PROFESSIONALS OF TEXAS,** § **P.A.; and WILLIAM Y. SPRINGER, M.D.,** § § **Defendants.** § | Civil Action No. 4:17-cv-1690 |

### STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT WILLIAM Y. SPRINGER, M.D.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Landon Blair ("Plaintiff") files this Stipulation of Dismissal of Claims Against Defendant William Y. Springer, M.D. ("Springer") and in support respectfully shows as follows:

1. Plaintiff's Original Complaint, which asserted claims against Defendant Springer in this case, was filed on June 6, 2016. [Doc. No. 1].

2. Defendant Springer filed his Original Answer on July 28, 2017. [Doc. No. 9].

3. Plaintiff files this Stipulation of Dismissal with the intention of dismissing his claims against Defendant Springer under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice as to refiling.

4. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties have signed this Stipulation of Dismissal.

5. This Stipulation of Dismissal does not affect the claims asserted herein by Plaintiff against Defendants James Jackson, M.D., Onyx Interests LLC d/b/a Emergicare, Patrick Acosta, Clear Lake MRI Center, CHCA Clear Lake, LP d/b/a Clear Lake Regional Medical Center, Virtual Radiologic Corporation and Virtual Radiologic Professionals of Texas.

6. Defendants James Jackson, M.D., Onyx Interests LLC d/b/a Emergicare, Patrick Acosta, and CHCA Clear Lake, LP d/b/a Clear Lake Regional Medical Center reserve the right to formally designate Dr. Springer and/or Dr. Springer's practice group as "settling parties" or "settling defendants" pursuant to Chapter 33 of the Texas Civil Practice and Remedies Code.

Respectfully submitted,

*/s/ Robert L. Chaiken*
Robert L. Chaiken (Lead Attorney)
State Bar No. 04057830
Carrie P. Kitner
State Bar No. 24074921
**Chaiken & Chaiken, P.C.**
Legacy Town Center III
5801 Tennyson Pkwy, Suite 440
Plano, TX  75024
(214) 265-0250 telephone
(214) 265-1537 facsimile
rchaiken@chaikenlaw.com
ckitner@chaikenlaw.com
**ATTORNEYS FOR PLAINTIFF**

**SIGNED:**

*Kamilla Shlimak [w/permission]*
Terry Fitzgerald / Kamilla Shlimak
Counsel for Defendants Jackson, Emergicare and Acosta


*Roger A. Berger [w/permission]*
J. Kevin Oncken / Roger A. Berger
Counsel for Defendants Virtual Radiologics and Springer


*Chris Knudsen [w/permission]*
Nicole G. Andrews / Chris Knudsen
Counsel for Defendant Clear Lake Medical Center


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's ECF system on this 6th day of December, 2017.


*/s/ Robert L. Chaiken*
Robert L. Chaiken