United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Landon Blair, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 17-1690 |
| | § | |
| James Jackson, M.D, Onyx | § | |
| Interests, LLC d/b/a | § | |
| Emergicare, Patrick Acosta, | § | |
| Clear Lake MRI Center, CHCA | § | |
| Clear Lake, LP d/b/a Clear Lake | § | |
| Regional Medical Center, Virtual | § | |
| Radiologic Corporation, Virtual | § | |
| Radiologic Professionals of | § | |
| Texas, P.A., and William Y. | § | |
| Springer, M.D., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL AS TO WILLIAM Y. SPRINGER, M.D.

Before the Court is Plaintiff's Stipulation of Dismissal Without Prejudice (Solely as to Defendant William Y. Springer, M.D.), pursuant to Rule 41(a)(1)(A)(ii), filed at Document No. 29. Accordingly, it is

ORDERED that Defendant William Y. Springer, M.D., is DISMISSED without prejudice.

SIGNED at Houston, Texas, on December 7, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE