United States District Court
Southern District of Texas
**ENTERED**
January 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Landon Blair, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-1690 |
| | § | |
| James Jackson, M.D., Onyx | § | |
| Interests, LLC d/b/a | § | |
| Emergicare, Patrick Acosta, | § | |
| Clear Lake MRI Center, CHCA | § | |
| Clear Lake, LP d/b/a Clear Lake | § | |
| Regional Medical Center, Virtual | § | |
| Radiologic Corporation, Virtual | § | |
| Radiologic Professionals of | § | |
| Texas, P.A., and William Y. | § | |
| Springer, M.D., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL AS TO VIRTUAL RADIOLOGIC CORPORATION and VIRTUAL RADIOLOGIC PROFESSIONALS OF TEXAS, P.A.

Before the Court is Plaintiff's Stipulation of Dismissal Without Prejudice (Solely as to Defendants Virtual Radiologic Corporation and Virtual Radiologic Professionals of Texas, P.A.), pursuant to Rule 41(a)(1)(A)(ii), filed at Doc. No. 33. Accordingly, it is

ORDERED that Defendants Virtual Radiologic Corporation and Virtual Radiologic Professionals of Texas, P.A., are DISMISSED without prejudice.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January 12, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE