United States District Court
Southern District of Texas
**ENTERED**
January 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Landon Blair, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>James Jackson, M.D., Onyx §<br>Interests, LLC d/b/a §<br>Emergicare, Patrick Acosta, §<br>Clear Lake MRI Center, CHCA §<br>Clear Lake, LP d/b/a Clear Lake §<br>Regional Medical Center, Virtual §<br>Radiologic Corporation, Virtual §<br>Radiologic Professionals of §<br>Texas, P.A., and William Y. §<br>Springer, M.D., §<br>§<br>Defendants. § | CIVIL ACTION NO. H-17-1690 |

### ORDER OF DISMISSAL AS TO CHCA CLEAR LAKE, L.P. d/b/a CLEAR LAKE REGIONAL MEDICAL CENTER

Before the Court is Plaintiff's Stipulation of Dismissal Without Prejudice (Solely as to Defendant CHCA Clear Lake, L.P. d/b/a Clear Lake Regional Medical Center) pursuant to Rule 41(a)(1)(A)(ii), filed at Doc. No. 35. Accordingly, it is

ORDERED that Defendant CHCA Clear Lake, L.P. d/b/a Clear Lake Regional Medical Center, is DISMISSED without prejudice.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on January 22, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE